IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCANTONIO JUAREZ VELASQUEZ,<br><br>Defendant. | **UNDER SEAL**<br><br>Case No. 1:25-MJ-61 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Shaman Douglass, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21, and 26 of the United States Code.

2. I am a Special Agent with ATF. I am assigned to a field office based in Northern Virginia. During my participation in law enforcement, I have conducted and assisted with arrests, search warrants, and court orders. I have investigated and assisted in investigations involving firearms and other matters, which have resulted in arrests and convictions.

3. The facts and information contained in this Affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations, training, and experience of other agents and law enforcement officers involved in this investigation. All observations not personally made

by me were relayed to me by the individuals who made them or are based on my review of records, documents, videos, and other evidence obtained during the course of this investigation.

4. Because this Affidavit is being submitted for the limited purpose of obtaining a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the Complaint and Arrest Warrant.

5. I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant for **MARCANTONIO JUAREZ VELASQUEZ**. For the reasons set forth below, I submit that there is probable cause to believe that on or around August 2, 2024, JUAREZ VELASQUEZ committed a violation of 21 U.S.C. § 841(a)(1) (possession with the intent to distribute a controlled substance).

## PROBABLE CAUSE

6. On or around June 20, 2024, officers of the Fairfax County Police Department ("FCPD") were conducting patrol at or near the Culmore Shopping Center, which is an area within Fairfax County. An officer observed a person later identified as JUAREZ VELASQUEZ conducting a hand-to-hand narcotics transaction in the area around that location. Following the apparent transaction, JUAREZ VELASQUEZ entered the passenger seat of a vehicle. Another individual (hereinafter, "CC-1") was the driver of the vehicle.

7. The vehicle drove away, and an officer followed it. The officer activated his emergency equipment, in an attempt to conduct a stop of the vehicle. In response, the vehicle stopped abruptly, and JUAREZ VELASQUEZ and CC-1 jumped out of it and begin running away. The vehicle was still running, and it crashed into a dumpster at the end of the street.

8. FCPD officers were able to apprehend CC-1, but they were unable to apprehend

JUAREZ VELASQUEZ.

9. An FCPD officer later reviewed video surveillance footage of the area where JUAREZ VELASQUEZ was observed conducting a hand-to-hand narcotics transaction. The officer who reviewed the footage positively identified JUAREZ VELASQUEZ in the video footage.

10. FCPD obtained an arrest warrant for JUAREZ VELASQUEZ for his June 20, 2024 conduct of possessing a controlled substance and fleeing from police.

11. On or around August 2, 2024, FCPD were searching for JUAREZ VELASQUEZ in connection with the outstanding arrest warrant. Officers tracked JUAREZ VELASQUEZ's location to an area near the Culmore Shopping Center (a short distance from where JUAREZ VELASQUEZ had been observed on June 20, 2024). The officers observed JUAREZ VELASQUEZ on a public street in this area.

12. As the officers approached JUAREZ VELASQUEZ, he attempted to flee from them. The officers caught JUAREZ VELASQUEZ, and they arrested him pursuant to the arrest warrant.

13. The officers conducted a search of JUAREZ VELASQUEZ's person following his arrest. The officers recovered during this search a firearm from JUAREZ VELASQUEZ's waistband (specifically, a Glock 43X pistol containing a 15-round magazine). The officers also searched a fanny pack that JUAREZ VELASQUEZ was carrying. The fanny pack contained approximately 258 pills of suspected fentanyl. The fanny pack also contained approximately $949.83 in United States currency and other items.

14. JUAREZ VELASQUEZ was charged in Fairfax County General District Court with possession with the intent to distribute a controlled substance, possession of a firearm while

in possession of a controlled substance, and other offenses. JUAREZ VELASQUEZ was detained in Fairfax County pretrial custody.

15. A few days later, on or around August 6, 2024, FCPD officers visited a residence associated with JUAREZ VELASQUEZ. JUAREZ VELASQUEZ's father was present at the residence. The father informed the officers that JUAREZ VELASQUEZ shared a bedroom at the residence with two of JUAREZ VELASQUEZ's minor siblings. JUAREZ VELASQUEZ's father provided the officers with consent to search the bedroom.

16. During the search of the bedroom, the officers found approximately 9,220 pills of suspected fentanyl in a backpack. They also found a firearm (a Smith & Wesson SD40 handgun) and two ammunition magazines inside a red bag in the bedroom. The red bag also contained an identification card and a debit card belonging to JUAREZ VELASQUEZ.

17. Laboratory testing later confirmed that samples of the pills obtained from JUAREZ VELASQUEZ's fanny pack on August 2, 2024 and from his bedroom on August 6, 2024 were fentanyl.

**CONCLUSION**

18.     Based on the foregoing, I submit there is probable cause to believe that on or around August 2, 2024, in Fairfax County, Virginia, within the Eastern District of Virginia, MARCANTONIO JUAREZ VELASQUEZ committed a violation of 21 U.S.C. § 841(a)(1) (possession with the intent to distribute a controlled substance).

Respectfully submitted,

SHAMAN DOUGLASS
Digitally signed by SHAMAN DOUGLASS
Date: 2025.02.19 19:32:27 -05'00'

Shaman Douglass
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF")

Subscribed and sworn to me by telephone in accordance
With Fed. R. Crim. P. 4.1 on February 21, 2025

Digitally signed by Ivan Davis
Date: 2025.02.21 15:38:42 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia