IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED IN OPEN COURT
AUG 21 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCANTONIO JUAREZ VELASQUEZ,<br><br>Defendant. | Case No. 1:25-CR-163 |

STATEMENT OF FACTS

The United States and the defendant, MARCANTONIO JUAREZ VELASQUEZ, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about June 20, 2024, officers of the Fairfax County Police Department ("FCPD"), conducting patrol, observed JUAREZ VELASQUEZ conducting a hand-to-hand narcotics transaction in an area in Fairfax County, Virginia, within the Eastern District of Virginia.

2. The officers observed JUAREZ VELASQUEZ enter the passenger seat of a vehicle. Another individual was the driver of the vehicle. The vehicle drove away, and an officer attempted to stop it. After a pursuit, officers apprehended the vehicle's driver, but they were unable to apprehend JUAREZ VELASQUEZ. The officers subsequently obtained an arrest warrant for JUAREZ VELASQUEZ.

3. On or about August 2, 2024, officers located JUAREZ VELASQUEZ within Fairfax County, a short distance from where he had been observed conducting the aforementioned hand-to-hand transaction. The officers arrested JUAREZ VELASQUEZ. On his person, the officers found a Glock 43X 9 mm pistol bearing serial number BUVK084 and an extended magazine containing 15 rounds of ammunition. In a fanny pack that JUAREZ VELASQUEZ was

1

carrying, the officers also found approximately $949.83 in cash and approximately 258 pills, with a combined weight of approximately 28.45 grams, containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, more commonly known as fentanyl.

4. JUAREZ VELASQUEZ possessed these fentanyl pills with the intent to distribute them. He possessed the Glock 43X pistol in furtherance of a drug trafficking crime, specifically, possession with the intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1).

5. JUAREZ VELASQUEZ was charged in Fairfax County General District Court and detained pending trial. While in the detention facility, JUAREZ VELASQUEZ directed his brother, a person under 18 years of age, to conceal fentanyl pills, a firearm, and cash in a backpack and box within their family's residence.

6. On or about August 6, 2024, FCPD officers visited the residence associated with JUAREZ VELASQUEZ's family, located within Fairfax County, within the Eastern District of Virginia. The officers searched the bedroom belonging to JUAREZ VELASQUEZ and two of his minor siblings.

7. In a backpack in the bedroom, the officers found approximately 9,220 pills, with a combined weight of approximately 1.02 kilograms, containing fentanyl. In a box located near this backpack, the officers found approximately $2,344.00 in cash. In the bedroom's closet, the officers found a red bag that contained a Smith & Wesson SD40 .40 caliber pistol bearing serial number FCA7543, two ammunition magazines, and an identification card and debit card belonging to JUAREZ VELASQUEZ.

8. JUAREZ VELASQUEZ possessed these fentanyl pills with the intent to distribute them.

9. The actions of JUAREZ VELASQUEZ, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

10. This Statement of Facts includes those facts necessary to support the plea agreement between JUAREZ VELASQUEZ and the United States. It does not include each and every fact known to JUAREZ VELASQUEZ or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding JUAREZ VELASQUEZ's case.

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: August 18, 2025    By: _____
Daniel K. Amzallag
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
MARCANTONIO JUAREZ VELASQUEZ
Defendant

I am Shannon Quill, the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Shannon Quill, Esq.
Counsel for the Defendant

3